```
                        United States Bankruptcy Court
                        Eastern District of California
In re:                                                   Case No. 15-22192-B
Joel Kent Perry                                          Chapter 7
Millisa Tamea Perry
        Debtors             CERTIFICATE OF NOTICE
District/off: 0972-2          User: admin              Page 1 of 2           Date Rcvd: Jul 13, 2015
                              Form ID: L55             Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2015.
db           +Joel Kent Perry, Jr.,   Box 474,    Cottonwood, CA 96022-0474
jdb           Millisa Tamea Perry,    3340 Willow Street,    Cottonwood, CA 96022
aty          +Tyson Takeuchi,   1100 Wilshire Blvd #2606,    Los Angeles, CA 90017-1964
21408917      AT T,   818 W 7th St 2nd FL,   Los Angeles CA 90017-3407
21408915     +Allied Cash Advance,    5020 Rhonda Road,    Anderson CA 96007-9014
21408916     +Allstate Insurance,   Po Box 4363,    Carol Stream IL 60197-4363
21408918     +CCA,   Box 641007,   Chicago IL 60664-1007
21408920     +Clear Creek Grocery Locker,    7036 Westside Rd 201,    Redding CA 96001-5224
21408923     +Dr Leonards carol Wrig,    1515 S 21st St,    Clinton IA 52732-6676
21408924      Enhanced Recovery Co Llc,    8017 Bayberry Rd,    Jasconville FL 32256
21408925     +Enhanced Recovery Corporation,    Po Box 57547,    Jacksonville FL 32241-7547
21408926      Equifax Information Services LLC,    PO Box 740256,    Atlanta GA 30374-0256
21408927      Experian,   Profile Maintenance,    PO Box 9558,   Allen TX 75013-9558
21408929     +Ginnys Inc,   1112 7th Ave,   Monroe WI 53566-1364
21408931     +John Lee Jackson,    16325 Westhoimer Road,    Houston TX 77082-1233
21408932     +Members 1st Cu,    1380 Hilltop Dr,   Redding CA 96003-3805
21408933     +North Valley Collectio,    728 Main St,   Red Bluff CA 96080-3342
21408934      PG E,   Box 997300,   Sacramento CA 95899-7300
21408935     +Pinacle Credit Services,    7900 Highway 7 100,    Saint Louis Park MN 55426-4045
21408937     +Rjm Acq Llc,   575 Underhill Blvd Ste 2,    Syosset NY 11791-3426
21408938     +Shasta County Dept Of Social Services,    ATTN Collections,   PO Box 496005,
               Redding CA 96049-6005
21408939     +Sierra Receivables Mgm,    2500 Goodwater Ave,   Redding CA 96002-1562
21408942     +Trans Union Corporation,    Attn Public Records Department,    555 W Adams St,
               Chicago IL 60661-3631
21408943      Transunion Consumer Relations,    PO Box 2000,   Chester PA 19016-2000
21408944     +Transworld Sys Inc 99,    507 Prudential Rd,    Horsham PA 19044-2308
21408945      Universal Fidelity LP,    PO Box 941911,   Houston TX 77094-8911
21408946     +Uscb Corporation,    101 Harrison St,   Archbald PA 18403-1961

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QJWREGER.COM Jul 14 2015 02:43:00     John W. Reger,    280 Hemsted #C,
               Redding, CA 96002-0934
smg           EDI: EDD.COM Jul 14 2015 02:48:00     Employment Development Department,
               Bankruptcy Group, MIC 92E,   PO Box 826880,    Sacramento, CA 94280-0001
smg           EDI: CALTAX.COM Jul 14 2015 02:43:00     Franchise Tax Board,    PO Box 2952,
               Sacramento, CA 95812-2952
21408910     +EDI: AAEO.COM Jul 14 2015 02:48:00     Aaron Sales Lease Ow,    1015 Cobb Place Blvd Nw,
               Kennesaw GA 30144-3672
21408911     +E-mail/Text: accountsreceivable@igsenergy.com Jul 14 2015 02:54:27     Accent Energy,
               6100 Emerald Parkway,   Dublin OH 43016-3248
21408913     +Fax: 864-336-7400 Jul 14 2015 03:47:31     Advance America,    2691 Balls Ferry Road,
               Anderson CA 96007-3507
21408912     +Fax: 864-336-7400 Jul 14 2015 03:47:31     Advance America,    16075D Foothill Blvd,
               Fontana CA 92335-8054
21408914     +EDI: AFNIRECOVERY.COM Jul 14 2015 02:43:00     Afni Inc,    404 Brock Dr,
               Bloomington IL 61701-2654
21408915     +EDI: ALLIEDCASH.COM Jul 14 2015 02:48:00     Allied Cash Advance,    5020 Rhonda Road,
               Anderson CA 96007-9014
21408919     +E-mail/PDF: BANKRUPTCYEBN@CHARTERCOM.COM Jul 14 2015 02:56:43     Charter Communication,
               12405 Powerscourt Dr,    Saint Louis MO 63131-3674
21408921      EDI: CONVERGENT.COM Jul 14 2015 02:48:00     Convergent,    800 SW 39th St,
               Renton WA 98057-4975
21408928      EDI: CALTAX.COM Jul 14 2015 02:43:00     Franchise Tax Board,    Personal Bankruptcy MS A340,
               PO Box 2952,   Sacramento CA 95812-2952
21408930      EDI: IRS.COM Jul 14 2015 02:48:00     Internal Revenue Service,
               Centralized Insolvency Operation,    PO Box 7346,    Philadelphia PA 19101-7346
21408940     +E-mail/Text: sanfrancisco.bnc@ssa.gov Jul 14 2015 02:53:56     Social Security,
               2660 Park Marina Drive Suite A,    Redding CA 96001-2848
21408941      E-mail/Text: sanfrancisco.bnc@ssa.gov Jul 14 2015 02:53:56     Social Security Administration,
               1200 Rev Abraham Woods Jr Blvd,    Birmingham AL 35285-0001
21408948     +EDI: AFNIVZWIRE.COM Jul 14 2015 02:43:00     Verizon Wireless,    PO Box 26055,
               Minneapolis MN 55426-0055
21408947     +EDI: AFNIVZWIRE.COM Jul 14 2015 02:43:00     Verizon Wireless,    1 Verizon Pl,
               Alpharetta GA 30004-8510
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0972-2           User: admin              Page 2 of 2              Date Rcvd: Jul 13, 2015
                               Form ID: L55             Total Noticed: 43
21408922     ##Diversified Consultants Inc,    PO Box 571,    Fort Mill SC 29716-0571
21408936     ##+Rash Curtis Associates,    190 S Orchard Ave Ste A205,    Vacaville CA 95688-3645
                                                                             TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2015 at the address(es) listed below:
NONE.                                                                                    TOTAL: 0

FORM L55 Discharge of Debtor  (v.9.14)                                                                              15–22192 – B – 7

UNITED STATES BANKRUPTCY COURT
Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



# DISCHARGE OF DEBTOR

**Case Number:**   15–22192 – B – 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

Joel Kent Perry Jr.
xxx–xx–6745

Millisa Tamea Perry
xxx–xx–7323

Box 474
Cottonwood, CA 96022

3340 Willow Street
Cottonwood, CA 96022

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Dated:
7/13/15

For the Court,
Wayne Blackwelder , Clerk

FORM L55
(Continued)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person (or persons) named as the debtor (or debtors). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. In a case involving community property, there are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.

### Debts that are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**